# Court of Appeals
# of the State of Georgia

ATLANTA, __May 05, 2022_____

*The Court of Appeals hereby passes the following order:*

**A22D0367. ANTHONY ALLEN OLIVER v. CRYSTAL FIELD.**

On April 10, 2022, Anthony Allen Oliver, proceeding pro se, filed this application for discretionary appeal of the trial court's order dismissing his petition to legitimate. However, pursuant to Court of Appeals Rule 31 (c), "[d]iscretionary applications must contain a stamped 'filed' copy of the trial court's order or judgment from which the appeal is sought." Although the application includes a copy of the order sought to be appealed, it does not contain a stamped "filed" copy of the order, and without it, this Court is unable to ascertain whether the filing is timely. Therefore, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/05/2022_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*